No. 97–5735. LANE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5773. MURPHY v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5774. MENDOZA v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–5777. BRAUN v. BARTLETT ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5799. RUSSELL v. BRIGMAN, SUPERINTENDENT, BLADEN COUNTY, NORTH CAROLINA CORRECTIONAL UNIT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5816. WOLFGRAM v. WELLS FARGO BANK ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5847. BARFIELD v. BELLSOUTH TELECOMMUNICATIONS, INC. C. A. 5th Cir. Certiorari denied.

No. 97–5871. DECATOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5873. GOTTSCHALK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5879. HYDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5889. ADKINS v. DIXON ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–5905. HICKS v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–5913. SLOAN v. ROBERTS ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–5922. SPEEDE v. THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.